In re Levy, Belinda et al.; Aguilard, Corliss; Alexander, Laurie; Beaver, Cheryl; Blakeman, Mary Lou; Braud, Pamela; Domingue, Edward J.; Falconer, Celeste; Hahn, Dan; Knight, Shirley; Land, Roberta; Lawhon, Sandra; Marzoni, Lynn; Monahan, David; Monahan, Valerie S.; Moore, Dave; Morris, Laura; Palme-ro, Marilyn; Parker, Merry; Philips, Jackie; Powell, Erin; Sealy, Tom; Sencial, Rebecca M.; Severs, Kathleen; Short, Dianne; StecMer, Starr; Shipley, Karen; Thorne, Glenda; Woods, Greta; — Plaintiffs); Applying for Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. C, No. 89-16642; to the Court of Appeal, First Circuit, No. 2002 CA 0781.
Not considered. Not timely filed.